IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD MAY, | ) ) Civil Action No. 3: 13-CV-00069 |
| Plaintiff, | ) ) District Judge Kim R. Gibson / |
| v. | ) ) Magistrate Judge Cynthia Reed Eddy |
| MICHAEL CASH, D.O., et al., | ) ) |
| Defendants. | ) ) |

## MEMORANDUM ORDER

The above captioned case was initiated on March 27, 2013 by the filing of a motion to proceed *in forma pauperis* and was referred to a United States Magistrate Judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court for Magistrate Judges.

On June 4, 2013, Plaintiff filed a Motion for Injunction (ECF No. 11). On June 10, 2013, the magistrate judge filed a Report and Recommendation (ECF No. 12) recommending that Plaintiff's Motion for Injunction be denied. Plaintiff was served with the Report and Recommendation at his listed address and was advised that he had until June 27, 2013 to file written objections to the Report and Recommendation. No objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 15th day of July, 2013;

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Injunction (ECF No. 11) is **DENIED**.

1

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 12) is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this matter is remanded back to the magistrate judge for all further pretrial proceedings.

BY THE COURT:

Kim R. Gibson
United States District Judge

cc: EDWARD MAY
21597-039
LORETTO
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 1000
LORETTO, PA 15940